# Green & Willstatter

Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601
_____

Theodore S. Green                       (914) 948-5656
Richard D. Willstatter          FAX (914) 948-8730          e-mail: willstatter@msn.com

March 4, 2021

Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Tae Hung Kang*
18 CR 184 (RJD)

Dear Judge Dearie:

     In view of the parties' intent to settle this case, I am informed the government is moving to exclude time from March 5, 2021 through April 16, 2021. The defendant hereby consents to this exclusion of time in the interests of justice so as to enable the disposition of this case.

               Respectfully,

               /s/ *Richard Willstatter*
               RICHARD D. WILLSTATTER

cc:    Julia Nestor
       Mathew Miller
       Assistant United States Attorneys

       Robert Caliendo, Esq.