## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: PEGGY KUO, U.S.M.J.**     **Date:** March 30, 2021     **Time**: 10:30 A.M.

Case No.:     18 – CR - 184  (RJD)(PK)

DEFENDANT'S NAME: **Tae Hung Kang**
  X   present    ___ not present    __ custody    X   bond

DEFENSE COUNSEL: **Richard Willstatter and Robert Caliendo**
  X present    __ not present    X   CJA        __ RET    __ FED DEFENDER

A.U.S.A.: **Mathew Miller and Julia Nestor**          COURTROOM DEPUTY: Ryan O'Neil-Berven

Court Reporter: Andronikh Barna       Courtroom: 11C-South
INTERPRETER:  Kyeong-Sik Song (Korean)

  X CASE CALLED         __ DEFENDANT(S) FIRST APPEARANCE

DEFENDANT(S) X  SWORN   __ ARRAIGNED      X  INFORMED OF RIGHTS
           X  WAIVES TRIAL BEFORE DISTRICT COURT

  __ DEFENDANT(S) FAILED TO APPEAR, BENCH WARRANT ISSUED.

  X  DEFENDANT ENTERS **GUILTY PLEA TO THE** COUNT TWO OF THE INDICTMENT: 18 USC 371 – Securities Fraud Conspiracy-Stock Investment Scheme

  X   PLEA AGREEMENT MARKED AS GOVERNMENT EXHIBIT 1 AND RETURNED TO THE GOVERNMENT

  X   BOND     ___ SET    X   CONT'D FOR DEFENDANT.

  X  SENTENCING SCHEDULED FOR: A DATE TO BE DETERMINED BY JUDGE DEARIE.

***PURSUANT TO THE CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE KUO, DATED MARCH 30, 2021,  MAGISTRATE KUO HAS ADMINISTERED THE ALLOCUTION PURSUANT TO F.R.C.P. RULE 11 AND A  FINDING HAS BEEN MADE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY MADE AND NOT COERCED.  MAGISTRATE JUDGE KUO RECOMMENDS TO JUDGE DEARIE THAT THE PLEA OF GUILTY BE ACCEPTED.

  X  TRANSCRIPT REQUESTED FOR JUDGE DEARIE